# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOHAMED BUSHRA,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civ. A. No. 19-3785 (APM) |

## DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendants U.S. Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), U.S. Department of State ("State"), U.S. Consulate, Khartoum, Sudan, Chad F. Wolf, Acting Secretary of Homeland Security, Kenneth T. Cuccinelli, Senior Official Performing the Duties of Director of USCIS, Michael Pompeo, Secretary of State, and Brian Shukan, Charge d'Affaires of the United States at the U.S. Consulate, Khartoum, Sudan ("Defendants"), by and through undersigned counsel, move pursuant to Rule 6(b) for an extension of time until May 29, 2020, to file an Answer to Plaintiffs' Complaint.

In support of this Motion, Defendants provide the following status update on the processing of the visa application of Plaintiff's spouse that is the subject of this action. Since the filing of the previous enlargement motion in late February, the Consular Section in Khartoum emailed the applicant on March 8, 2020, and requested that she submit updated documents and information, to include an updated Form DS-260, updated police report and new visa photos. In addition, the applicant must complete a new medical examination. As of the latest report that Defendants' counsel received on March 23, 2020, the Consular Section was still awaiting receipt of the requested information and documentation.

In addition, effective March 20, 2020, State temporarily suspended routine visa services at all U.S. Embassies and Consulates, as part of its response to the COVID-19 pandemic. *See* State Dept., *Suspension of Routine Visa Services*, available at https://travel.state.gov/content/travel/en/News/visas-news/suspension-of-routine-visa-services.html (last updated Mar. 20, 2020). State's announcement stated that it would resume routine visa services as soon as possible but was unable to provide a specific date due to the uncertainties of the pandemic.

In light of the above, Defendants request to further extend the deadline for their Answer to the Complaint by sixty days, through May 29, 2020. The visa application that underlies this litigation matter is still undergoing administrative processing, but as explained above such operations have been temporarily suspended as a countermeasure to the COVID-19 pandemic. After routine visa services resume at U.S. Embassies and Consulates and upon receipt of the outstanding information and documentation from the visa applicant, the consular officer will require additional time to further adjudicate the visa application. An extension of the Answer deadline remains in the interest of the parties and judicial economy because a further adjudication of the visa application will moot the claims and avoid the need for litigation.

The parties conferred on the instant enlargement request. Plaintiff, through counsel, agrees to a 30-day enlargement, but does not agree to a sixty-day enlargement. Notwithstanding Plaintiff's partial opposition, Defendants request that the Court grant this Motion in light of the pandemic and other factors discussed above and extend the deadline for the Answer to the Complaint by sixty days until May 29, 2020.

March 30, 2020                             Respectfully submitted,

                                          TIMOTHY J. SHEA
                                          D.C. Bar 437437
                                          United States Attorney

                                            DANIEL F. VAN HORN
                                          D.C. Bar 924092
                                          Chief, Civil Division

                           By:    */s/ Daniel P. Schaefer*
                                          DANIEL P. SCHAEFER
                                          D.C. Bar 996871
                                          Assistant United States Attorney
                                          555 4th Street, N.W.
                                          Washington, D.C. 20530
                                          (202) 252-2531
                                          Daniel.Schaefer@usdoj.gov

                                          *Counsel for Defendants*